

RUSSELL D. PAUL / *SHAREHOLDER*
d 215.875.4601  m 610.662.7222 | rpaul@bm.net

August 12, 2025

The Honorable Christine P. O'Hearn
United States District Judge
United States Courthouse & Post Office
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, P.O. Box 1029
Camden, New Jersey 08101

Re:    *Weston, et al. v. Subaru of America, Inc. et al.*; No. 1:20-cv-05876-CPO-SAK

Dear Judge O'Hearn:

  The parties respectfully submit this joint letter request. The parties have reached an agreement in principle to settle the matter on a non-class basis. Given that the Executive Committee of Subaru's parent company in Japan must approve the settlement, we are requesting a 30 day stay of proceedings to accommodate the approval.

  If Your Honor has any questions or concerns with regard to the above, the parties are prepared to use the forthcoming conference this Thursday, August 14 at 11:30 to address such questions. Please do not hesitate to contact us with any questions in the interim.

Sincerely,

*/s/ Russell D. Paul*

Russell D. Paul

cc:    All Counsel of Record (by ECF only)

800 N WEST STREET, SUITE 200
WILMINGTON, DE 19801
302.691.9545 | BERGERMONTAGUE.COM

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | BERGERMONTAGUE.COM